IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

UARON J. C. MASON                                                              PLAINTIFF

V.                             4:05CV00787 SWW/JTR

RANDY JOHNSON, Sheriff,
Pulaski County Jail; et al.                                           DEFENDANTS

**ORDER**

Plaintiff commenced this *pro se* § 1983 action while he was incarcerated at the Pulaski County Detention Center ("PCDC"). *See* docket entry #2. On June 10, 2005, the Court: (1) granted Plaintiff permission to proceed *in forma pauperis*; (2) directed the Pulaski County Sheriff to pay the $250 filing fee in monthly installments taken from Plaintiff's institutional account; and (3) ordered Plaintiff to file a Supplemental Complaint. *See* docket entry #4. Plaintiff has timely filed his Supplemental Complaint. *See* docket entry #5.

Since that time, it has come to the Court's attention that Plaintiff has been released from custody. Thus, the June 10, 2005 Order will be vacated, and the Clerk will be instructed to send Plaintiff an Amended Application to Proceed *In Forma Pauperis*. Plaintiff must complete the Amended Application and return it to the Court within thirty days of the entry of this Order. Plaintiff's failure to timely and properly do so will result in the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).¹ Once the Court receives the Amended Application, it

---

¹ Plaintiff is reminded of Local Rule 5.5(c)(2), which provides that: ""It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. <u>If any communication from the Court to a *pro se*</u>

will determine whether Plaintiff is entitled to proceed *in forma pauperis* and complete the screening function mandated by 28 U.S.C. § 1915A.

IT IS THEREFORE ORDERED THAT:

1. The June 10, 2005 Order (docket entry #4) granting Plaintiff permission to proceed *in forma pauperis* is VACATED.

2. The Clerk is directed to send Plaintiff an Amended Application to Proceed *In Forma Pauperis.*

3. Plaintiff shall properly complete and file the Amended Application to Proceed *In Forma Pauperis* **within thirty days of the entry of this Order**.

4. Service is not appropriate upon Defendants at this time

Dated this 8th day of July, 2005.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

---

plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)