**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

UARON J. C. MASON                                                                          PLAINTIFF

V.                                         4:05CV00787 SWW/JTR

RANDY JOHNSON, Sheriff,
Pulaski County Jail; et al.                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to 28 U.S.C. § 1915(e)(2), Plaintiff's § 1983 Complaint and Amended Complaint (docket entries #2 and #5) are DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted.

2. The dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

4. The Clerk is directed to transfer the original August 5, 2005 Exhibits (docket entry #9) filed in this case to the file in *Mason v. Johnson*, 4:05cv00851.

Dated this 8th day of September, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE